**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00680-WYD-MJW

RORY ALFORD,

    Plaintiff,

v.

I.C. SYSTEM, INC., a Minnesota corporation,

    Defendant.

---

## JUDGMENT

---

Pursuant to the offer of judgment served April 8, 2015 and the acceptance thereof filed April 24, 2015, with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

ORDERED that judgment is hereby entered for the Plaintiff Rory Alford and against the Defendant I.C. System, Inc. in the amount of One Thousand One Dollars ($1,001.00), plus an additional amount for Plaintiff's costs and reasonable attorney's fees as determined by the Court.

FURTHER ORDERED that post-judgment interest shall accrue at the rate of __0.24%__ from the date of entry of Judgment.

DATED at Denver, Colorado this __27th__ day of April, 2015.

                                              JEFFREY P. COLWELL, CLERK

                                  By: s/E. Van Alphen
                                            _____,
                                                  Deputy Clerk