# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00680-WYD-MJW

RORY ALFORD,

    Plaintiff,

v.

I.C. SYSTEM, INC., a Minnesota corporation,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

    THIS MATTER comes before the Court on the Stipulation of Dismissal With Prejudice (ECF No. 17).  After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice, each party to bear its own fees and costs.  Accordingly, it is

    ORDERED that the Stipulation of Dismissal With Prejudice (ECF No. 17) is **APPROVED**.  This matter is **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

    Dated:  June 10, 2015

                                      BY THE COURT:

                                      <u>s/ Wiley Y. Daniel</u>
                                      Wiley Y. Daniel,
                                      Senior United States District Judge